JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DAVID WERBER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, United States Penitentiary, Lompoc,<br><br>Respondent. | Case No. 2:21-cv-07018-SB (SP)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

Dated:  August 13, 2022



Stanley Blumenfeld, Jr.
United States District Judge